FILED
2018 APR 26 PM 12: 42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | JUDGE GWIN |
| v. | ) | CASE NO. 1:18 CR 196 |
| JEFFREY B. WINKELMAN, | ) | Title 18, Section 641, United States Code |
| Defendant. | ) | |

## COUNT 1

The United States Attorney charges:

From in or around October 2011 and continuing until in or around April 2015, in the Northern District of Ohio, Eastern Division, Defendant JEFFREY B. WINKELMAN, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, and without authority dispose of property of the United States exceeding $1,000.00 in value belonging to the United States Social Security Administration, an agency of the United States, to wit: Title XVI Supplemental Security Income benefits, in the amount of approximately $55,903.30, in violation of Title 18, Section 641, United States Code.

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*
EDWARD F. FERAN
Chief, General Crimes Unit